# United States Court of Appeals for the Federal Circuit

---

October 16, 2025

**ERRATA**

---

Appeal Nos. 2023-1446, 2023-1450, 2023-2148, 2023-2149

**FOCUS PRODUCTS GROUP INTERNATIONAL, LLC, ZAHNER DESIGN GROUP, LTD., HOOKLESS SYSTEMS OF NORTH AMERICA, INC., SURE FIT HOME PRODUCTS, LLC, SURE FIT HOME DECOR HOLDINGS CORP., SF HOME DECOR, LLC,**
*Plaintiffs-Appellees*

**v.**

**KARTRI SALES CO., INC., MARQUIS MILLS, INTERNATIONAL, INC.,**
*Defendants-Appellants*

---

Decided:  September 30, 2025
Precedential Opinion

---

Please make the following change:

On page 28, change "September 29, 2017" to "May 2, 2019"